# Third District Court of Appeal
## State of Florida

Opinion filed July 30, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D26-1174
Lower Tribunal No. F25-17019
_____

**Jerry Means**,
Appellant,

vs.

**State of Florida**,
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.315(a) from the Circuit Court for Miami-Dade County, Jason Edward Bloch, Judge.

Jerry Means, in proper person.

James Uthmeier, Attorney General, and Ryan Brazner, Assistant Attorney General, for appellee.

Before LOGUE, LINDSEY and LOBREE, JJ.

PER CURIAM.

Affirmed.